UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO.5:06cr43DCB-LRA

DENNIE EUGENE PRIDEMORE

## ORDER GRANTING WAIVER OF SPEEDY TRIAL RIGHTS

THIS CAUSE having come on for consideration on the motion of the Defendant, Dennie Eugene Pridemore, for a waiver of his speedy trial rights in the above action, and the Court being fully advised that the Senior Trial Attorney, Environmental Trial Section, United States Department of Justice, Jeremy Korzenik, Esq., and Assistant United States Attorney, Jay T. Golden, Esq., have no objection to this motion, finds that said motion is well taken. It is, accordingly,

ORDERED AND ADJUDGED that Defendant's request for a waiver of his rights to a speedy trial from September 24, 2007, to November 27, 2007, be and is hereby granted.

SO ORDERED this the  10th  day of   September  , 2007.


                                                              s/ David Bramlette
                                                     UNITED STATES DISTRICT JUDGE